WILLIAM H. KIMBALL (Bar No. 242626)
whkimball@whkimball.com
LAW OFFICE OF WILLIAM H. KIMBALL
803 Hearst Avenue
Berkeley, CA 94710
(510) 704-1400 (Tel)
(510) 649-5050 (Fax)

Attorney for Defendant Eric Burton Benson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ERIC BURTON BENSON,<br><br>　　　　　Defendant | Case No.: CR-12-00480 YGR<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BAIL CONDITIONS** |

The parties hereby stipulate and move this Court to enter an order permitting defendant Eric Benson to travel to and from Fresno, California, during the period October 3 through October 7, 2012. A close friend of Mr. Benson's who lives in the Fresno area and suffers from incurable lung cancer is not expected to survive for more than a few weeks. Mr. Benson would like to visit his friend as soon as possible.

On August 6, 2012, Mr. Benson was arraigned and pled not guilty to charges of wire fraud, conspiracy, theft from an employee pension benefit plan, bank fraud, and money laundering. Mr. Benson was released on an unsecured bond of $100,000. His release conditions limit his travel to the Northern District of California.

Mr. Benson's next court appearance is set for October 11, 2012, at 2:00 p.m. before Judge Gonzalez Rogers.

Dated:                                     Respectfully Submitted,

                                           LAW OFFICE OF WILLIAM H. KIMBALL

                                           //s//

                                           WILLIAM H. KIMBALL
                                           ATTORNEY FOR ERIC BENSON


                                           MELINDA L. HAAG
                                           US ATTORNEY

                                           //s//

                                           WADE M. RHYNE
                                           ASSISTANT US ATTORNEY


GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated: Qevqdgt"4."4234

                                           _____
                                           HON. BERNARD ZIMMERMAN
                                           US MAGISTRATE JUDGE


Stipulation and [~~Proposed~~] Order - 2