UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BURTON ORVILLE BENSON,<br><br>Defendant. | Case No.: CR 12-00480-YGR-1 (KAW)<br><br>ORDER REQUIRING THE PARTIES TO MEET AND CONFER REGARDING THE GOVERNMENT'S PENDING MOTION TO REVOKE DEFENDANT'S PRETRIAL RELEASE |

On May 9, 2014, the Government filed a motion to revoke Defendant Burton Orville Benson's pretrial release. (Dkt. No. 118.) The hearing on the motion is currently scheduled for June 2, 2014.

On May 23, 2014, the district court, in the related civil case, granted the Government's preliminary injunction enjoining Defendant and his agents, brokers, attorneys, entities owned or controlled by Defendant, and all those acting in concert or participating with Defendant from acting as the Profit Sharing Plan ("the Plan")'s trustee and/or fiduciary and from taking other actions relating to the Plan. (Order Granting Preliminary Injunction, *United States v. Burton Orville Benson,* Case No. 14-cv-02071-YGR (N.D. Cal. May 23, 2014), ECF No. 26; attached as Ex. A.) Thereafter, on May 27, 2014, the district court appointed an independent fiduciary to manage the Plan and the Plan assets under 18 U.S.C. §§ 1345(a)(2)(B)(ii) and 1345(b). (Order Appointing Independent Fiduciary, *United States v. Burton Orville Benson,* Case No. 14-cv-02071-YGR (N.D. Cal. May 27, 2014), ECF No. 31.) Both orders remain in effect, unless otherwise modified, through the conclusion of both the related civil and the instant criminal cases. (May 23, 2014 Order at 4:10-12.)

///

1

In light of the district court's orders, the parties are directed to meet and confer regarding whether the orders impose sufficient conditions that can be added to the conditions of Defendant's pretrial release to mitigate the danger Defendant may pose to the community. If the parties are able to reach an agreement regarding the conditions that may be imposed to sufficiently mitigate Defendant's danger to the community, the parties must file a stipulation to modify the conditions of Defendant's pretrial release setting forth the specific modifications to be added along with a proposed order. If the parties cannot reach an agreement on this issue, they are directed to submit a joint status update identifying the reasons why the motion to revoke Defendant's bail should still be heard on June 2, 2014.

IT IS SO ORDERED.

Dated: May 28, 2014

KANDIS A. WESTMORE
United States Magistrate Judge

# Exhibit A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 14-CV-2071 YGR |
| Plaintiff, | **ORDER GRANTING PRELIMINARY INJUNCTION** |
| v. | [Fed. R. Civ. P. 65; 18 U.S.C. § 1345] |
| BURTON ORVILLE BENSON. | |
| Defendant. | |

This matter came before the Court on Plaintiff's motion for a preliminary injunction order to enjoin and restrain Defendant Burton Orville Benson ("Defendant") from violating 18 U.S.C. § 1341 (Mail Fraud), 18 U.S.C. § 1343 (Wire Fraud), and 18 U.S.C. § 1957 (Money Laundering) through his alleged scheme to defraud the Energy, Research, and Generation, Inc. Profit Sharing Plan (the "Plan") and Plan participants by committing theft of Plan assets, and enjoining Defendant from alienating and disposing of property obtained as a result of said violations.

The Court conducted a hearing on May 22, 2014. Defendant appeared pro se. Intervenor Bryan D. Leyda appeared by counsel David Shapiro. Plaintiff appeared by Assistant U.S. Attorney Raven Norris. Keslie Stewart, Assistant U.S. Attorney, also appeared.

Plaintiff having established a likelihood of prevailing on the merits of its claims, the balance of the equities favoring preliminary injunctive relief, and good cause having been shown, the Court **GRANTS** Plaintiff's motion and **ORDERS** that Defendant is **ENJOINED** as follows:

**1.** Pending Final Judgment in this case, Defendant Burton Orville Benson, his agents, brokers, attorneys, entities owned or controlled by Defendant, and all those acting in concert or participation with Defendant (including, without limitation, any employees and/or family members acting in concert or participation with Defendant) are **HEREBY RESTRAINED AND ENJOINED** from the

following:

(A) Acting as the Plan's trustee and/or fiduciary to obtain any money under the custody or control of the Plan and Plan Participants;

(B) Accepting, transferring, alienating, encumbering and/or disposing of, or otherwise taking any action with respect to monies received from the Plan and Plan Participants;

(C) Withdrawing, transferring, removing, dissipating, and/or disposing of, any funds presently deposited or held on Defendant's behalf and/or behalf of the Plan by any financial institution, trust fund, brokerage agency or other financial agency, public or private, including but not limited any and all funds held in the following financial institution accounts:

| Financial Institution | Account Number | Account Name |
| --- | --- | --- |
| Charles Schwab & Company | 3185-1514 | ERG RETIREMENT TRUST U/A DTD 01/01/77 |
| | | |
| Vanguard Group, Inc. | 0979-182-6507 | ERG-FORD RETIREMENT TRUST |
| Vanguard Group, Inc. | 0979-185-2555 | ERG RETIREMENT TRUST |
| Vanguard Group, Inc. | 0979-185-2830 (Closed) | ERG RETIREMENT TRUST |
| Vanguard Group, Inc. | 0994-924-9198 | ERG-MC RETIREMENT TRUST |
| Vanguard Group, Inc. | 0995-843-2145 | ERG-BOB RETIREMENT TRUST |
| Vanguard Group, Inc. | 0997-586-2549 | ERG RETIREMENT TRUST |
| Vanguard Group, Inc. | 0998-397-5224 | ERG RETIREMENT TRUST |
| | | |
| Bank of St. Croix | 330 11221 | ERG RETIREMENT TRUST |

(D) Withdrawing, transferring, removing, dissipating, and disposing of funds held on behalf of Defendant in the following bank accounts:

| Financial Institution | Account Number | Account Name |
| --- | --- | --- |
| Vanguard Group, Inc. | 0997-0988-224 | IFW-BVI |
| | | |
| Bank of St. Croix | 220-10003 | IFW-BVI |
| Bank of St. Croix | 220-11805 | Bay Estates Group |
| Bank of St. Croix | 220-13375 | Bay Estates Group |
| Bank of St. Croix | 220-14037 | Bay Estates Group |

2. **IT IS FURTHER ORDERED** that Defendant may petition the Court for an order permitting Defendant to may use funds earned in the future, deposited at a financial institution for reasonable and

2

ordinary living expenses, in an amount not to exceed that determined by the Court, provided, however, that Defendant produce to the Court and the United States a verified disclosure of the sources of such future income and liabilities documenting his financial condition as outlined in paragraphs 55-57 in the form attached as Exhibit 1.

**3. IT IS FURTHER ORDERED** that the United States of America has demonstrated the need for appointment of an independent fiduciary to manage the Plan and Plan assets under 18 U.S.C. § 1345(a)(2)(B)(ii) and 1345(b). The Court shall review the names and qualifications of persons or organizations submitted by the United States and by Intervenor Bryan Leyda, and will select a fiduciary from the proposed candidates or any third party known to the Court. Upon selection of a fiduciary, the Court shall issue an order appointing the selected fiduciary and direct the appointed fiduciary to take control and manage for the benefit of Plan participants, all property, presently held for or on behalf of the Plan by Defendant or any third party, or for the use or benefit of any third party, by any other business or company Defendant owns, operates or exercises control over.

Such a fiduciary shall exercise all necessary powers to effectuate this Order, as well as distribute any funds for the benefit of any Plan participants, or other third parties, including, but not limited to, the following authority to:

(a) administer Plan accounts, funds, and, if necessary, implement their orderly termination;

(b) collect, marshal, and administer all of the Plan's assets, including those sums owing and payable to it, process any unadjudicated claims and pay those which are found to be legitimate;

(c) identify all creditors of the Plan and resolve all claims against the Plan and its assets;

(d) conduct all necessary administrative functions including but not limited to completing a full accounting of all Plan assets, determining account balances, participant census, and providing disclosure to participants, including issuing benefit statements;

(e) conduct Plan asset valuations including a determining the current Fair Market Value of all Plan assets;

(f) conduct all necessary reporting requirements including filing the Plan's Annual Form 5500s with the Department of Labor; and

(g) upon further order of the Court, be paid a commercially reasonable fee from any such

property so long as the action to be taken is necessary and in the best interests of any plan participants, and that such fees do not violate any obligation by any party under the Crime Victim's Rights Act of 2004.

Any such fiduciary shall be retained and have the foregoing powers and authority until such time as the United States of America notifies the Court that such an appointment is no longer necessary, for whatever reason, or until the Court orders otherwise.

This Order granting a preliminary injunction shall be served upon Defendant Burton Orville Benson by personal service. This Order shall be served upon any person or entity bound hereby by personal service or as otherwise provided by law for service of process.

This Order and the relief granted herein shall remain in effect through the conclusion of this proceeding and the related Criminal Case No. 12-cr-0480-YGR, unless and until otherwise modified in writing by the court, and consistent with this and any prior orders.

**IT IS SO ORDERED**

Dated: May 23, 2014

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

4

Exhibit 1

Case 4:12-cv-02870-YGR   Document 260-1   Filed 05/28/14   Page 8 of 118

U. S. Department of Justice
(Rev. 5/12/03)

# FINANCIAL STATEMENT OF

_____
Debtor

Authority for the solicitation of the requested information one or more of the following: 5 U.S.C. § 301, § 901(see Note, Executive order 6166, June 10, 1933); 28 U.S.C. § 501, et seq; 28 U.S.C. § 3001 et seq; 31 U.S.C. § 951, et seq.; 44 C.F.R. § 101 0.160, 0.171 and Appendix to Subpart Y.

The principal purpose for gathering this information is to evaluate your ability to pay the Government's claim or judgment against you.  Routine uses of this information are established in the following U.S. Department of Justice Case File Systems published in Vol. 42 of the Federal Register; Justice/CIV–001 at page 53321; Justice/TAX-001 at page 15347; Justice/USA-007 at pages 53408-53410; Justice/CRIM-016 page 12774.  If the requested information is not furnished, the U.S. Department of Justice has the right to obtain such information by legal methods.

## DEBTOR'S PERSONAL IDENTIFICATION

| 1.  Your name<br><br>Aliases: | 2.  Birth date (MM/DD/YY) | 3.  Social Security No.: |
|---|---|---|
| 4.  Home address (Street) | | 5.  Driver's license no.: |
| 6.  Home address (city, state & zip code) | | 6a. Home phone (Area Code) |

## EMPLOYMENT

| 7.  Name of your current employer or business | 8.  Phone no. (including area code) |
|---|---|
| 9.  Employer's or business' address | 10. Your occupation |

11.  How long employed?

12.  Name of your prior employers and their addresses during last 3 years

## SALARY, WAGES OR COMMISSION*

**13. Your gross salary (before deductions)**
   Circle one: Weekly   Biweekly   Monthly        $_____

**14. Your take home pay**                                $_____

**15. Your commission, if any**                           $_____

*List the amount of deductions for your:*

**16. Federal taxes**            $_____

**17. State/County/City taxes**  $_____

**18. Social Security taxes**    $_____   **Total Taxes** $_____
   **(FICA/Medicare)**

**19. Medical insurance**                                 $_____

**20. Union dues if applicable**                          $_____

**21. Allotments to credit union, bank, or others**       $_____
   Describe "others" _____

**22. Life insurance**                                    $_____

**23. List all other payroll deductions**                 $_____
   (Including 401(k) contributions)
                          **Total Deductions** $_____

**\*Attach a copy of your last pay slip and your last 3 Federal Income Tax returns.**

## SPOUSE

| 24. Spouse's name | 25. Spouse's Social Security no. | 26. Spouse's birth date: |
|---|---|---|
|  |  |  |

**27. If spouse's home address is different from debtor, list below**

2

| 28. Spouse's employer's or business' name and address | 29. Spouse's employer's or business' phone no. |
|---|---|
| 30. Spouse's occupation | 31. How long employed? |

32. Spouse's gross salary $_____    Spouses's take home pay $_____

## DEPENDENTS

**33. List all dependents who live with you**

| Name | Age | Relationship |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**34. List names and addresses of your dependents who do not live with you**

| Name/Address | Age | Relationship |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

35. List the amount of monthly income received by your dependents from any sources other than you or your spouse    $_____

36. Total amount of monthly income paid by you or your spouse to your dependents    $_____

37. Does your spouse receive alimony or child support from a previous marriage? If yes, amount and frequency received    $_____

## ASSETS

**38. Non-wage income you or your spouse received (e.g., rental income, disability or retirement benefits, insurance payments, mortgage income, unemployment compensation, food stamps, tax refund, etc.)**

| Source of Income | Amount & Frequency of Payments |
|---|---|
|  |  |
|  |  |

3

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |

**39. Real Property (list real estate in which you and/or your spouse has any whole or fractional ownership interest)**

| Physical Address | Type of Ownership | Purchase Price & Date | Fair Market Value | Monthly Payments | Mortgage Balance |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**40. Bank Accounts (list savings and checking accounts, credit union accounts, IRA and retirement plans, certificates of deposit, etc., in which you or your spouse have any interest)**

| Name of Institution/Address | Type of Account/Account Number | Balance |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

|  |  |  |
|---|---|---|
|  |  |  |

**41. Securities** (list stocks, bonds, mutual funds, money market funds, government securities, etc., in which you or your spouse have any interest)

| Type of Account | Account Number(s) | Balance | Physical Location of Securities/Owner of Record (Or Name & Address of Issuer if Held in Street Name) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**42. Life Insurance** (list life insurance policies in which you or your spouse may own)

| Name of Company | Policy Number | Type (term or whole) | Face Amount | Available Loan Value |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**43. Motor Vehicles** (list all vehicles in which you or your spouse have an interest)

| Make and Year | License Number | Fair Market Value | Name and Address of Lender | Loan Balance |
|---|---|---|---|---|
|  |  |  |  |  |

5

|  |  |  |  |  |
|--|--|--|--|--|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**44. Misc. Assets (e.g., list boats, RV's, motorcycles, antiques, art work, collectibles, jewelry pieces in excess of $500, etc., in which you or your spouse have any interest)**

| Description | Fair Market Value | Amount Owed (if any) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**ITEMS WHICH MIGHT AFFECT FUTURE ASSETS**

**45. Are you involved in a lawsuit in which you might receive money or something of value? ____Yes ____No**

**If yes, state where the suit was filed and what it involves (include court name and caption)**

_____

_____

**46. Are you a trustee, executor or administrator of an estate?  ____Yes ____No**

**If yes, give details:** _____

_____

**47. Is anyone holding money on your behalf?  ____Yes ____No**

**If yes, identify person or entity and give details:** _____

_____

6

**48. Is there any likelihood you will receive an inheritance?** ____Yes ____No

**If yes, give specific details:** _____

_____

**49. Have you sold or transferred any property, including real estate
or personal property, during the past 6 years?** ____Yes ____No

**If yes, give specific details:** _____

_____

**50. Are your wages and/or those of your spouse subject to any garnishment at this time?** ____Yes ____No

**If yes, give specific details:** _____

_____

**51. Are there outstanding unpaid judgment(s) against you for any debts other the one for which you are being asked to submit this financial statement?** ____Yes ____No

**If yes, give specific details:** _____

_____

**52. Do you receive or, under any circumstances, expect to receive benefits from
any established trust, from a claim for compensation of damages, or from
a contingent or future interest in property of any kind?** ____Yes ____No

**If yes, give specific details:** _____

_____

**53. If you have submitted financial statements to any person/entity within the last three (3) years, complete the following for each person/entity to whom the financial statement was submitted:\*\***

| Name of Person or Entity | Address | Phone Number | Contact | Purpose |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

7

** If you have submitted a financial statement to anyone or any entity within the last (3) years, please sign and date the last page to indicate you agree to have those persons or entities release a copy of the financial statements to the United States Attorney's Office.

**54. Are you a settlor, trustee, and/or beneficiary of any trust?** ___Yes ___No

If yes, provide copies of all documents relating to each trust.  Such documents shall include, but not be limited to, trust agreements and any amendments thereto, documents conveying property to and/or from the trust, and documents listing, itemizing, and/or describing the trust assets.

## LIABILITIES

**55. Fixed Monthly Expenses**

| | | | |
|---|---|---|---|
| **Rent/Mortgage** $ | | **Home Insurance & Taxes** | $ |
| **Car Payment** $ | | **Car Insurance** | $ |
| **Gasoline** $ | | **Water** | $ |
| **Electricity** $ | | **Telephone** | $ |
| **Natural Gas** $ | | **Other Utilities (Specify)** | $ |
| **Cable TV** $ | | **Public Transportation** | $ |
| **Food** $ | | **Other (explain on back of page)** | $ |
| **Subtotal** $ | | **Subtotal** | $ |

**Grand Total** $_____

**56. List Your Credit Card Debts, Bank Loans, Other Installment Payments**
**(If additional space needed, use back of page.)**

| Type of Account or Card | Name and Address of Financial Institution | Balance Due | Minimum Monthly Due | Monthly Payments |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

8

|   |   |   |   |   |
|---|---|---|---|---|
|   |   |   |   |   |

**57. List Your Other Debts Not Included Elsewhere in This Financial Statement**
   **(If additional space needed, use back of page.)**

| Owed to | Amount Owed | Monthly Payments |
|---|---|---|
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |

## CERTIFICATION

With knowledge of the penalties for false statements provided by 18 United States Code § 1001 (up to $250,000.00 fine and/or five (5) years imprisonment) and with knowledge that this financial statement is submitted by me to affect action by the U.S. Department of Justice, I certify that this financial statement is true and that it is a complete statement of all my income and real and personal assets, whether held in my name or by any other person or entity.

**Dated: _____**

_____
**Signature of Debtor**

_____
**Print Debtor's Name**

**Dated: _____**

_____
**Signature of Spouse**

_____
**Print Spouse's Name**

.

**\*\*\*\*If you have added additional sheets to this form or added information on the back of this page, you must sign these sheets.**

# RELEASE OF FINANCIAL INFORMATION

**I AGREE TO HAVE ANY LENDER, INCLUDING BUT NOT LIMITED TO ALL BANKS, FINANCIAL INSTITUTIONS, CREDIT CARD COMPANIES, AND/OR RENTAL AGENCIES, RELEASE TO THE UNITED STATES ATTORNEY'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA COPIES OF ANY AND ALL FINANCIAL STATEMENTS THAT I HAVE GIVEN IN THE PAST THREE (3) YEARS.**

**Dated:** _____

_____
**Signature**

_____
**Print Name**