# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-12-00480 YGR |
| Plaintiff, | **ORDER REGARDING COMPETENCY EXAMINATION** |
| v. | |
| BURTON ORVILLE BENSON | |
| Defendant. | |

On June 25, 2014, this Court ordered that defendant Burton Benson undergo a psychiatric or psychological examination and that a corresponding report be filed with the court. *See* Docket Entry No. 169; 18 U.S.C. §§4241(b), 4247(b)(c). This Court further ordered a hearing to determine Burton Benson's mental competency to enter a guilty plea or proceed to trial on August 28, 2014.

In accordance with the June 25, 2014, Order, the parties met and conferred, but did not reach an agreement on a psychiatrist or psychologist to perform the examination. The parties, therefore, submitted CVs of proposed psychiatrists and psychologists for this Court's review.

After undertaking a review of the CVs submitted, this Court hereby appoints Abraham Nievod, Ph.D., J.D. to conduct the examination and to write a report addressing:

ORDER REGARDING COMPETENCY EXAMINATION
CR-12-00480 YGR

- Burton Benson's mental health history and present symptoms;
- a description of the psychiatric, psychological, and medical tests that were employed and their results;
- the examiner's findings; and
- the examiner's opinions as to diagnosis, prognosis, and whether Burton Benson is suffering from a mental defect, disability, or disease rendering him mentally incompetent to enter a guilty plea or proceed to trial to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Once the report is completed, the original shall be provided to the Court with a copy to each of the parties. Dr. Nievod shall be available to answer any questions regarding the report at a hearing scheduled of August 28, 2014 at 3:00 p.m., in the Federal Courthouse located at 1301 Clay Street, Oakland, California, in Courtroom 1.

Upon issuance of this Order, counsel for the defendant shall contact Dr. Nievod forthwith and promptly schedule the examination notifying both the Court and the government of the schedule.

**IT IS SO ORDERED.**

DATE: July 10, 2014

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

ORDER REGARDING COMPETENCY EXAMINATION
CR-12-00480 YGR