ISMAIL RAMSEY (Cal. Bar No. 189820)
izzy@ramsey-ehrlich.com
KATHARINE KATES (Cal. Bar No. 155534)
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Burton O. Benson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-12-00480 YGR |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE AUGUST 28, 2014, STATUS CONFERENCE RE: COMPETENCY EVALUATION |
| v. | |
| BURTON ORVILLE BENSON, | |
| Defendants. | |

Previously on motion by the defense, this Court ordered a competency examination of the defendant to determine his fitness to enter a plea or proceed to trial.  This Court appointed neuropsychologist Abraham Nievod, PhD, JD, to evaluate the defendant for competency and to provide a written report under 18 USC § 4241 et seq. The Court set a status hearing on the examination and report for August 28, 2014.

Defense counsel Ismail Ramsey has been selected to serve as a trainer for the Maricopa Sheriff's Office on issues related to the Fourth and Fourteenth Amendments under a federal injunction in the District of Arizona.  A meeting of trainers to establish the required curriculum for the department under the injunction has been set for August 28, 2014, conflicting with the status hearing.

Also, shortly after this Court appointed Dr. Nievod to conduct the competency evaluation, Dr.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE
CR-12-00480 YGR

1  Nievod had a personal medical emergency that prevented him initially starting the evaluation of
2  defendant as quickly as expected.  To date, he has met with the defendant four times and may need to
3  interview him once more.  Dr. Nievod has also reviewed numerous medical records for the defendant
4  from Stanford Hospital and John Muir Hospital.  He is awaiting additional medical records from the US
5  Department of Veterans Administration, US Department of Navy, and a retired doctor previously
6  affiliated with John Muir Hospital who served as the defendant's primary care physician. At this time,
7  the written report under 18 USC §4241 et seq. is not finished.

8  Accordingly, the parties hereby stipulate and request that this Court continue the current status
9  conference set for August 28, 2014, to September 4, 2014, at 3:00 pm.

10  DATED: August 26, 2014                    /s/
11                                              KESLIE STEWART
                                                Assistant United States Attorney

13  DATED: August 26, 2014                    /s/
14                                              ISMAIL RAMSEY
                                                Counsel for Burton O. Benson

16  GOOD CAUSE HAVING BEEN SHOWN, the August 28, 2014, status conference is continued
17  to September 4, 2014, at 3:00 pm.

19  DATE:  August 26, 2014                    
                                               YVONNE GONZALEZ ROGERS
20                                             UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE
CR-12-00480 YGR