```
1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  KESLIE STEWART (CABN 184090)
   Assistant United States Attorney
5         1301 Clay Street, Suite 340S
          Oakland, California 94612
6         Telephone: (510) 637-3680
          FAX: (510) 637-3724
7         Email: keslie.stewart@usdoj.gov

8  Attorneys for Plaintiff
```

FILED
MAY 18 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
MAY 13 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 12-00480 YGR |
| Plaintiff, | [PROPOSED] ORDER RE DISCLOSURES TO NEW PROSECUTION TEAM |
| v. | |
| BURTON ORVILLE BENSON, | [FILED UNDER SEAL] |
| Defendant. | Redacted |

The United States has identified the members of a new Prosecution Team ("the New Team"). They are:

1. Brian Stretch, United States Attorney, Northern District of California
2. Alex Tse, First Assistant, U.S. Attorney's Office
3. Dan Kaleba, Chief of General Crimes, U.S. Attorney's Office
4. Will Frentzen, Assistant United States Attorney
5. Brian Faerstein, Assistant United States Attorney

[PROPOSED] ORDER RE DISCLOSURES
TO NEW PROSECUTION TEAM

|   |   |   |
|---|---|---|
| 1 | 6. | Patricia Mahoney, Legal Assistant, U.S. Attorney's Office |
| 2 | 7. | Dale Lowe, Criminal Coordinator, DOL-EBSA Los Angeles |
| 3 | 8. | Paulo Baligya, Investigator, DOL-EBSA San Francisco |
| 4 | 9. | Heather Van de Velde, Group Supervisor, IRS Criminal Investigations, Oakland |
| 5 | 10. | Derek Chu, Special Agent, IRS Criminal Investigations, Oakland |
| 6 | 11. | Trial Attorney Lori A. Hendrickson, Tax Division, Washington, D.C. |

Substantive Communications About The Case

The New Team may only speak substantively about the captioned case with other members of the New Team. If the New Team wishes to add an additional member to the team, members of the original prosecution team ("the Old Team") may question potential new members to ensure they have no knowledge of the contents of Section II of the Nievod Report dated November 12, 2014. If new members are added to the New Team, the New Team shall file a notice identifying any new member of the New Team.

Restricted Access To Portions of the Docket

Members of the New Team may enter notices of appearance and view any of the docket entries that can be accessed remotely. The New Team shall not view or attempt to view any materials that are locked on ECF and available only at the Clerk's Offices within the Northern District of California. The defense and the Old Team may request that filings be locked on ECF by requesting, before filing, that those papers be locked in ECF consistent with the procedures set forth in this Court's Order at Docket 520 ("The documents shall remain accessible to Court staff and to members of the public who make use of the public terminals located in the Clerk's offices at District courthouses . . . .").



[PROPOSED] ORDER RE DISCLOSURES
TO NEW PROSECUTION TEAM                         2

[redacted]

DATE: 5/18/2016

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER RE DISCLOSURES
TO NEW PROSECUTION TEAM           3