ISMAIL RAMSEY (Cal. Bar No. 189820)
izzy@ramsey-ehrlich.com
KATHARINE KATES (Cal. Bar No. 155534)
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Burton O. Benson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BURTON ORVILLE BENSON,<br><br>    Defendant. | CASE NO. CR-12-00480 YGR<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STAUTUS CONFERENCE**<br><br>**Date:** August 24, 2016<br>**Time:** 2:00 p.m.<br>**Court:** The Honorable Yvonne Gonzalez Rogers, Courtroom 1, 4th Floor |

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING
CR-12-00480 YGR

On June 10, 2016, the Court specially set a status conference in the above-captioned matter for August 24, 2016, at 2:00 p.m.  The Court specially set the status conference to accommodate the schedule of AUSA Brian Faerstein.  Subsequently, defense counsel realized that the August 24, 2016, date conflicts with a previously-scheduled firm outing.  Also, Mr. Faerstein's schedule changed.

The parties therefore stipulate to continue the status conference to the Court's criminal law and motion calendar for August 25, 2016, at 10:30 a.m.

Respectfully submitted,

DATED: August 11, 2016

/s/
WIL FRENTZEN
Assistant United States Attorney

/s/
ISMAIL RAMSEY
Counsel for Burton O. Benson

### [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, the status conference previously set for August 24, 2016, at 2:00 p.m. is continued until August 25, 2016, at 10:30 a.m.

IT IS SO ORDERED.

DATE: August 15, 2016

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE