1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

    Plaintiff,

    vs.

**BURTON O. BENSON,**

    Defendant.

Case No.: 12-cr-480 YGR

**ORDER RE: WITNESS PROTOCOL;
DISCLOSURE OF REDACTED ORDERS**

Having considered the filings of the parties and their arguments at a hearing on September 8, 2016, the Court adopts the following protocol for the New Team to follow when questioning potential witnesses.

Before questioning any potential witness in this case, members of the New Team must ask the following questions:

(1)    Without going into the substance of any statement, are you aware of any statements made by Burton O. Benson to Dr. Abraham Nievod regarding any of the charged offenses in this case?

(2)    Did you speak substantively about the subject matter of the charges in this case with any representatives of the United States after November 14, 2014.  This includes, but is not limited to, conversations with anyone in the United States Attorney's Office; the Department of Labor, Employee Benefits Security Administration; the Internal Revenue Service ("IRS"); and the Federal Bureau of Investigation ("FBI")?  This question does not seek to elicit conversations solely related to scheduling.

(3)    Did you obtain substantive information about the subject matter of the charges in this case from any third party after November 14, 2014?

If the witness cannot answer "no" to each of the above questions, the New Team must identify the witness in a filing to the Court and refrain from further questioning pending further

instruction from the Court.  The Old Team and the defense shall then meet and confer regarding further questioning of the identified witness(es) and raise any disputes with the Court.

Further, and pursuant to the stipulation of the parties, the New Team is hereby authorized to review the redacted versions of the Orders at Docket Nos. 474 and 511, attached as Exhibits 1 and 2 hereto.

**IT IS SO ORDERED**.

Dated: September 8, 2016

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California

2