UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 12-cr-480 YGR |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION RE: WITNESS PROTOCOL** |
| vs. | |
| **BURTON O. BENSON,** | **DKT. NO. 570** |
| Defendant. | |

Defendant's Motion for Reconsideration of this Court's September 8, 2016 Order Re: Witness Protocol is **DENIED**. Defendant has not shown a material difference in fact or law, the emergence of new material facts or law, or a manifest failure by the Court to consider material facts or legal arguments presented. *See* Local Rule 7-9 (b), (c).

**IT IS SO ORDERED**.

Dated: October 26, 2016

_____
**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE**