UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>BURTON ORVILLE BENSON,<br>　　　　Defendant. | Case No.  12-cr-00480-YGR-1   (KAW)<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 599 |

On January 22, 2017, Defendant Burton Orville Benson filed a motion to compel the government to comply with a prior court order requiring it to identify documents.  (Dkt. No. 599.) Pursuant to Criminal Local Rule 47-2, "[a]ny opposition to a noticed motion shall be served and filed not more than 7 days after the motion is filed."  As of February 9, 2017, the Government has not filed an opposition.  Therefore, the Government is ordered, on or before **February 13, 2017**, to 1) file an opposition to Defendant's motion to compel, and 2) respond to this order to show cause by explaining why it did not file a timely opposition.  Failure to complete both tasks by February 13, 2017 may result in the Court granting Defendants' motion pursuant to Paragraph 22 of this Court's Standing Order, which states that "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion."  Defendant's reply deadline is continued to **February 17, 2017**.

　　　　IT IS SO ORDERED.

Dated: February 9, 2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge