UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 12-cr-480 YGR |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| **BURTON O. BENSON,** | |
| Defendant. | |

Based upon the Government's request for dismissal under Federal Rule of Criminal Procedure 48(a), the indictment and all superseding indictments thereto against Burton Orville Benson are **DISMISSED WITHOUT PREJUDICE** in the above-captioned case. It is further ordered that the bond entered as to Burton Orville Benson in this matter is exonerated.

**IT IS SO ORDERED**.

Dated: May 26, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**